# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
August 12, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AC_____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Miguel ENRIQUEZ-Saravia | ) Case No. SA:24-MJ-1142 |
| AXXX XXX 462 | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 1, 2024** in the county of **Wilson** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Illegal Reentry<br><br>Penalties: Maximum Penalties: 10 years confinement, $250,000 Fine or Both; 3 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

HANS C MOMBERGER
Digitally signed by HANS C MOMBERGER
Date: 2024.08.12 09:02:21 -05'00'

*Complainant's signature*

Hans C. Momberger, Deportation Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: August 12, 2024

*Judge's signature*

City and state: San Antonio, Texas    Honorable Henry J. Bemporad, U.S. Magistrate Judge
*Printed name and title*

Being duly sworn, I declare that the following is true and correct to the best of my knowledge:

My name is Hans Momberger, and I am a Deportation Officer with Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO). I have been employed by ICE ERO and its predecessor agency, the Immigration and Naturalization Service (INS) since September 2, 1997. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States, or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On May 1, 2024, 2024, Miguel ENRIQUEZ-Saravia (hereafter ENRIQUEZ) was encountered at the Wilson County Jail in Floresville, Texas, which is located within the Western District of Texas, after his arrest for "Tamper with Identification Numbers." U.S. Border Patrol Agents conducted immigration history and criminal history inquiries and determined ENRIQUEZ to be an alien illegally present within the United States and who had been previously removed from the United States. An immigration detainer was lodged against ENRIQUEZ. On August 12, 2024, ENRIQUEZ was released from the Wilson County Jail and released to ICE/ERO custody. On August 12, 2024, ENRIQUEZ was transported to the ICE/ERO San Antonio office for processing.

At the ICE/ERO office, ENRIQUEZ's fingerprints were enrolled and submitted through immigration and FBI databases, which verified his identity. The databases revealed that ENRIQUEZ is a citizen or national of El Salvador with assigned Alien Registration Number A-XXX-XXX-462. A review of A-XXX-XXX-462 in the Enforce Alien Removal Module ("EARM"), a Department of Homeland Security database, revealed that ENRIQUEZ is an alien who was previously removed from the United States to El Salvador on or about September 6, 2018.

Immigration databases revealed that ENRIQUEZ has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, the Secretary for Homeland Security of the United States after his removal.

Review of ENRIQUEZ's criminal history revealed that on or about August 22, 2008, in the United States District Court, Western District of Texas, San Antonio Division, ENRIQUEZ was convicted of violation of Title 8 U.SC. § 1326(a), Illegal Re-entry into the United States. For this offense ENRIQUEZ was sentenced to time served (approximately one hundred eleven (111) days' confinement).

On August 12, 2024, the defendant was informed of his right to a consular notification and was provided an opportunity to call the Consulate General of El Salvador upon his arrest. On August 12, 2024, the Consulate General of El Salvador was notified ENRIQUEZ's arrest. An immigration detainer will be filed with the U.S. Marshals Service on August 12, 2024.

HANS C MOMBERGER
Digitally signed by HANS C MOMBERGER
Date: 2024.08.12 09:06:08 -05'00'
_____
Hans C. Momberger
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the __12th__ day of August 2024.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE